Eastern District of Kentucky
**FILED**
JAN - 7 2011
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JENNIFER BREWER, | |
| PLAINTIFF | |
| V. | CIVIL ACTION NO. 5:09-CV-00293-KKC |
| BRAKE PARTS, INC., | FILED ELECTRONICALLY |
| DEFENDANT | |

## AGREED ORDER OF DISMISSAL

Upon joint motion of the parties, and the Court being sufficient advised;

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

_____
KAREN K. CALDWELL
UNITED STATES DISTRICT COURT JUDGE

TENDERED BY:

/s/ Demetrius O. Holloway
Demetrius O. Holloway
dholloway@stites.com
Karen M. Paulin
kpaulin@stites.com
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
COUNSEL FOR DEFENDANT,
BRAKE PARTS, INC.

/s/ Andrew Dutkanych, III
Andrew Dutkanych III,
Kentucky Attorney No. 91190
411 Main Street
Evansville, Indiana 47708
E-Mail: ad@bdlegal.com
Tel. No.: 812-424-1002
COUNSEL FOR PLAINTIFF, JENNIFER
BREWER

817083:1:LOUISVILLE